(December 24, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. OSCAR A. ARROYO, Petitioner, v EUGENE LEFEVRE, as Superintendent of the Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas

---

corpus denied (see *People ex rel. Thomas v LeFevre,* 102 AD2d 925). Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.